UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID GILBERT,<br><br>               Plaintiff,<br><br>        v.<br><br>OFFICER SCHUSTER *et al*.,<br><br>               Defendants. | Case No.  C04-5345RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

     The Court,, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

     (1)     The Court adopts the Report and Recommendation;

     (2)     Plaintiff's motion for an injunction that would prevent his out of state transfer is **DENIED.**   The issue is not part of the complaint.

     (3)     The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants,  and to the Hon. Karen L. Strombom.

DATED this 2nd day of August, 2005.

*/s/ Robert J. Bryan*
Robert J. Bryan
U.S. District Judge

ORDER
Page - 1